UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   TODD LANE WALLACE                                  CASE NO. 20-10703
   DEBRA GIBBS WALLACE                             JUDGE BENJAMIN A. KAHN
   937 CASCADE LN
   PROVIDENCE, NC  27315

       DEBTORS

SSN(1) XXX-XX-8143     SSN(2) XXX-XX-7020        DATE: 03/30/2021

## REPORT OF FILED CLAIMS

   Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| CASWELL CO REGISTER OF DEEDS<br>P O BOX 98<br>YANCEYVILLE, NC  27379 | $52.00<br>INT: .00%<br>NAME ID: 1470<br>CLAIM #: 0013 | | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| CASWELL COUNTY TAX<br>P O BOX 204<br>YANCEYVILLE, NC  27379 | $0.00<br>INT: .00%<br>NAME ID: 7715<br>CLAIM #: 0001 | | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CASWELL COUNTY TAX<br>P O BOX 204<br>YANCEYVILLE, NC  27379 | $1,808.30<br>INT: 10.00%<br>NAME ID: 7715<br>CLAIM #: 0004 | | (S) SECURED<br><br>ACCT: 0160<br>COMMENT: OC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0002 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 8143<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 8143<br>COMMENT: |
| N C HOUSING FINANCE AGENCY<br>3508 BUSH ST<br>RALEIGH, NC  27609 | $0.00<br>INT: .00%<br>NAME ID: 45097<br>CLAIM #: 0005 | | (S) SECURED<br>DIRECT PAY<br>ACCT: 0303<br>COMMENT: OC,DIR |
| NOVANT HEALTH<br>P O BOX 1123<br>MINNEAPOLIS, MN  55440-1123 | $20,255.74<br>INT: .00%<br>NAME ID: 173897<br>CLAIM #: 0012 | | (U) UNSECURED<br><br>ACCT: 7020<br>COMMENT: |
| ONYX BAY TRUST<br>SELECT PORTFOLIO SERVICING<br>ATTN REMITTANCE PROCESSING<br>P O BOX 65450<br>SALT LAKE CITY, UT  84165-0450 | $321.50<br>INT: .00%<br>NAME ID: 183303<br>CLAIM #: 0011 | | (S) SECURED<br><br>ACCT: 9714<br>COMMENT: DT RERP,1020A, 1120A |

PAGE 2 - CHAPTER 13 CASE NO. 20-10703

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| PIEDMONT ADVANTAGE CREDIT UNION<br>3530 ADVANTAGE WAY<br>WINSTON-SALEM, NC  27103 | $719.28<br>INT: .00%<br>NAME ID: 149456<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 0122<br>COMMENT: |
| SCA COLLECTION INC<br>P O BOX 876<br>GREENVILLE, NC  27835 | $0.00<br>INT: .00%<br>NAME ID: 55780<br>CLAIM #: 0010 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| VANDERBILT MORTGAGE & FINANCE INC<br>P O BOX 9800<br>MARYVILLE, TN  37801 | MONTHLY PMT  $641.27<br>INT: .00%<br>NAME ID: 150956<br>CLAIM #: 0006 | (H) ONGOING-SECURED<br><br>ACCT: 9734<br>COMMENT: DT RERP,CTD EFF MAR21,221A |
| VANDERBILT MORTGAGE & FINANCE INC<br>P O BOX 9800<br>MARYVILLE, TN  37801 | $3,206.35<br>INT: .00%<br>NAME ID: 150956<br>CLAIM #: 0007 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 9734<br>COMMENT: ARR OCT THRU FEB21,221A |
| VANDERBILT MORTGAGE & FINANCE INC<br>P O BOX 9800<br>MARYVILLE, TN  37801 | $12,229.91<br>INT: .00%<br>NAME ID: 150956<br>CLAIM #: 0008 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 9734<br>COMMENT: ARR THRU SEPT20,221A |
| **TOTAL:** | **$39,234.35** | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>  Clerk, U.S. Bankruptcy Court
>  101 S. Edgeworth Street
>  P.O. Box 26100
>  Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  03/30/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtors
    Attorney for Debtors - Electronic Notice